**1174**

PER CURIAM:

De Clue pleaded guilty to the offense of bank robbery, 18 U.S.C. § 2113(a). He appeals from the judgment of conviction, contending (1) that the sentence imposed by the district judge was unduly harsh, (2) that the assistance rendered to him by his trial counsel was ineffective.

Neither of De Clue's contentions has any merit whatsoever. Accordingly, the judgment is

Affirmed.

**UNITED STATES of America,
Appellee,**

v.

**James Allen DE CLUE, Jr., Appellant.**

**No. 71-1648.**

United States Court of Appeals,
Ninth Circuit.

Feb. 17, 1972.

**Willie Ray THOMPSON, Petitioner-
Appellant,**

v.

**Louie L. WAINWRIGHT, Respondent-
Appellee.**

**No. 71-3530**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Feb. 23, 1972.

Rehearing Denied March 29, 1972.

Donald B. Marks, Los Angeles, Cal., for appellant.

Robert L. Meyer, U. S. Atty., Eric A. Nobles, Chief, Criminal Division, Barry Russell, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before KOELSCH, ELY and TRASK, Circuit Judges.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21.[2]

* See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

** Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. In these habeas corpus proceedings the appellant challenges the validity of his Florida conviction for second-degree murder on grounds that his guilty plea was not voluntarily and understandingly entered.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.